O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                    Plaintiff,          )<br>                                                          )<br>       v.                                          )<br>                                                          )<br>ALEJANDRO RAMIREZ-MURGUIA, )<br>                                                          )<br>                    Defendant.      )<br>_____) | SA 08-00413M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq.,./955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  ( X )     serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a. ( )   obstruct or attempt to obstruct justice;

        b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

|    |                                                                                                   |
|----|---------------------------------------------------------------------------------------------------|
| 1  | II.                                                                                               |
| 2  | The Court finds no condition or combination of conditions will reasonable assure:                 |
| 3  | A. ( X )   appearance of defendant as required; and/or                                            |
| 4  | B. ( ) safety of any person or the community;                                                     |
| 5  | III.                                                                                              |
| 6  | The Court has considered:                                                                         |
| 7  | A. ( x) the nature and circumstances of the offense;                                              |
| 8  | B. (x) the weight of evidence against the defendant;                                              |
| 9  | C. (x) the history and characteristics of the defendant;                                          |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community.                |
| 11 | IV.                                                                                               |
| 12 | The Court concludes:                                                                              |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:            |
| 15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because:   |
| 16 | **Defendant is undocumented.  He has no ties to the community and no bail**                       |
| 17 | **resources.**                                                                                    |
| 19 | C. ( ) A serious risk exists that defendant will:                                                 |
| 20 | 1. ( )   obstruct  or  attempt to  obstruct  justice;                                             |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because:                                |
| 23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption          |
| 24 |         provided in 18 U.S.C. § 3142 (e).                                                         |
| 25 | ///                                                                                               |
| 26 | ///                                                                                               |
| 27 | ///                                                                                               |
| 28 | ///                                                                                               |

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

7 Dated: August 7, 2008

Marc L. Goldman
U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 3 -                              Page 3 of 3